FILED
RICHARD W. NAGEL
CLERK OF COURT

8/4/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:22-mj-186 | Date and time warrant executed: 6/17/2022 11:00am | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of: | Evidence was already in custody of Fairborn PD and transferred to FBI | |

Inventory of the property taken and name of any person(s) seized:

Black My Passport External Hard Drive, Serial# WX82D2118TX4

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/17/2022

*Executing officer's signature*

Special Agent Brandt Pangburn
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.     3:22-mj-186
Hard Drive, Serial # WX82D2118TX4 )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location)*:

Hard Drive, Serial # WX82D2118TX4

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before ____June 17, 2022____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Caroline H. Gentry____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     June 8, 2022 @ 4:23 p.m.

City and state:     Dayton, Ohio

Caroline H. Gentry
United States Magistrate Judge

## ATTACHMENT A

## ITEMS TO BE SEIZED

The items to be searched for and seized are evidence, contraband, fruits of crime, and other items illegally possessed, as well as property designed for use, intended for use, relating to violations of 18 U.S.C. § 1924 (unauthorized removal and retention of classified documents or material), including:

1. Any classified materials – including any files, images, documents, pictures, videos – whether marked as classified (e.g., marked as Secret or Top Secret) or unmarked as classified yet containing classified information;

2. Indicia of ownership, use, dominion, or control over the Black My Passport External Hard Drive, Serial # WX82D2118TX4, including, but not limited to, personal documents, photographs, files, images, or any other type of information that may reveal who stored data on this device